M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:       rfinch@messner.com
                    cmeyer@messner.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA FIGUEROA ABRAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No.  2:24-cv-00825-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 9 |

IT IS HEREBY STIPULATED by and between Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys of record, RENEE M. FINCH, ESQ. of MESSNER REEVES LLP and Plaintiff TERESA FIGUEROA ABRAMS, individually and by and through her counsel of record, CHET A. GLOVER, ESQ., of GINA CORENA & ASSOCIATED, and that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00825-JAD-BNW, be dismissed with prejudice in its entirety, with each of the Parties to bear their own attorney's fees and costs.

///

///

{08341707 / 1}                                    Page **1** of **2**



1  IT IS FURTHER STIPULATED that no trial is currently scheduled.
2
3  DATED this 7th day of June, 2024.                DATED this 7th day of June, 2024.
4  MESSNER REEVES, LLP                              CHET A. GLOVER, Esq
5                                                   GINA CORENA & ASSOCIATES
6  */s/ Renee M. Finch, Esq.*                       */s/ Chet A. Glover, Esq.*
   Renee M. Finch, Esq.                             Gina M. Corena, Esq.
7  Nevada Bar No. 13118                             Nevada Bar No. 10330
8  8945 W. Russell Rd., Ste. 300                    Chet A. Glover, Esq.
   Las Vegas, NV 89148                              Nevada State Bar No. 10054
9  *Attorney for Defendants*                        GINA CORENA & ASSOCIATES
                                                    300 S. Fourth Street, Suite 1400
10                                                  Las Vegas, Nevada 89101
11                                                  *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 2, 2024